STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00411 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 2113(a)] |
| JAMES T. ELLIS, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about September 26, 2000, in the District of Hawaii, Defendant JAMES T. ELLIS, by intimidation, did take money from the person or presence of another belonging to and in the care, custody, control, management, and possession of Territorial

Savings and Loan, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

DATED: October 18, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

UNITED STATES V. JAMES T. ELLIS
Cr. No. _____
"Indictment"