IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 00-00411HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| EDWARD SUA (02), RAYMOND PULU (03) and DILON CAGULADA, | ) ) ) ) | |
| Defendants. | | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2006

at __2__ o'clock and __55__ min. __P__ M
SUE BEITIA, CLERK

I, FLORENCE T. NAKAKUNI, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of all of the Government's trial exhibits and exhibits admitted at hearing on Motion to Suppress Evidence.

DATED:   Honolulu, Hawaii, __9/12/06__.

_____
Signature

Attorney for: UNITED STATES OF AMERICA